UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED
MAR 22 2007
At_____ M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2:07CR 47 PS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CAUSE NO. |
| JACKIE HERNANDEZ; ) | |
| JACQUELINE HERNANDEZ; ) | |
| JAMES BROWN a/k/a "JB"; ) | 21 U.S.C. § 846 |
| WILLIAM SMITH a/k/a "LOW KEY"; ) | 21 U.S.C. § 843(b) |
| KEITH MOELLER; ) | 21 U.S.C. § 841(a) |
| MATTHEW BISHOP; ) | |
| AMBER SHULTZ; ) | |
| ANTHONY SHULTZ; ) | |
| ROBERT GARNER; ) | |
| MARK LURIE; ) | |
| ANDREW FOSTER; ) | |
| DJURO CHRIS HIGI III; ) | |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

From at least March 2004, the exact date being unknown to the Grand Jury, and continuing into at least March 2007, both dates being approximate and inclusive, in the Northern District of Indiana and elsewhere,

**JACKIE HERNANDEZ;
JACQUELINE HERNANDEZ;
JAMES BROWN a/k/a "JB";
WILLIAM SMITH a/k/a "LOW KEY"
KEITH MOELLER;
MATTHEW BISHOP;
AMBER SHULTZ;
ANTHONY SHULTZ;**

**ROBERT GARNER;**
**MARK LURIE;**
**ANDREW FOSTER; and**
**DJURO CHRIS HIGI III;**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree one with another and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to knowingly and intentionally possess with intent to distribute and distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about November 8, 2006, in the Northern District of Indiana,

**MATTHEW BISHOP,**

defendant herein, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 3

On or about November 16, 2006, in the Northern District of Indiana,

**MATTHEW BISHOP,**

defendant herein, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about February 26, 2007, at 10:50 a.m., in the Northern District of Indiana,

**JACKIE HERNANDEZ,**

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely a telephone, to facilitate the commission of a felony violation of Title 21, United States Codes, Section 846, namely conspiracy to possess with intent to distribute and distribute heroin as charged in Count One of the indictment;

All in violation of Title 21, United States Code, Section 843(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

On or about March 2, 2007, at 10:31 a.m., in the Northern District of Indiana,

**JACKIE HERNANDEZ,**

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely a telephone, to facilitate the commission of a felony violation of Title 21, United States Codes, Section 846, namely conspiracy to possess with intent to distribute and distribute heroin as charged in Count One of the indictment;

All in violation of Title 21, United States Code, Section 843(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

On or about December 13, 2006, at 12:30 p.m., in the Northern District of Indiana,

**JACQUELINE HERNANDEZ,**

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely a telephone, to facilitate the commission of a felony violation of Title 21, United States Codes, Section 846, namely conspiracy to possess with intent to distribute and distribute heroin as charged in Count One of the indictment;

All in violation of Title 21, United States Code, Section 843(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7

On or about February 8, 2007, at 12:35 p.m., in the Northern District of Indiana,

**KEITH MOELLER,**

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely a telephone, to facilitate the commission of a felony violation of Title 21, United States Codes, Section 846, namely conspiracy to possess with intent to distribute and distribute heroin as charged in Count One of the indictment;

All in violation of Title 21, United States Code, Section 843(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8

On or about December 6, 2006, at 3:20 p.m., in the Northern District of Indiana,

**WILLIAM SMITH a/k/a "LOW KEY,"**

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely a telephone, to facilitate the commission of a felony violation of Title 21, United States Codes, Section 846, namely conspiracy to possess with intent to distribute and distribute heroin as charged in Count One of the indictment;

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

1. Upon conviction of the controlled substances offense alleged in Count One, the defendant Jackie Hernandez shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, (1) any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such offenses, including but not limited to:

    A. Personal property, including but not limited to:

        i. One 2002 Lincoln LLS with Illinois license G331722 and VIN 1LNHM86S92Y681564;

        ii. One 1967 Chevrolet Impala with Illinois license 4894522 and VIN 1G8877L172S11;

        iii. One 1999 Chevrolet GMC Suburban with Illinois license 6301119 and VIN 1GKFK16R4XJ756455.

                                  A TRUE BILL:

                                  /s/ Foreperson
                                  FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:   /s/ David J. Nozick
       David J. Nozick
       Assistant United States Attorney