# United States District Court
## Northern District of Indiana

UNITED STATES OF AMERICA

v.

Matthew Bishop

**SUMMONS IN A CRIMINAL CASE**

Case No. 2:07-CR-47

2007 APR 25 AM 9:01

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

YOU ARE HEREBY COMMANDED to appear before the United States District Court at the place, date and time set forth below.

PLACE: U.S. DISTRICT COURT
Hammond, Indiana

ROOM
Magistrate Judge Cherry's Courtroom

BEFORE: Paul R. Cherry
U.S. Magistrate Judge

DATE AND TIME
5/2/07, 11:00 a.m.

To answer a(n)
**Superseding**
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Violation Notice  [ ] Probation Violation Petition

Charging you with a violation of Title 21:846

Brief description of offense:

21:846             CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE HEROIN
21:841(A)(1)       DISTRIBUTION OF HEROIN

STEPHEN R. LUDWIG, CLERK
Name and Title of Issuing Officer

April 19, 2007
Date

By: *[signature]*
Signature of Issuing Officer/Deputy Clerk

**RETURN OF SERVICE**

Service was made by me on: 4/23/07 (As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure)

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: MATHEW BISHOP 2050 HIDDEN VALLEY DR. CROWN POINT IN

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:_____

Returned
unexecuted:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 4/23/07
Date

DAVID R. MURTAUGH
Name of United States Marshal

*[signature]*
(by) Deputy United States Marshal